# Third District Court of Appeal

## State of Florida

Opinion filed April 3, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1963
Lower Tribunal No. 23-19498
_____

**Isabel del Pino-Allen,**
Appellant,

vs.

**Sarah E. Egan,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Charles Kenneth Johnson, Judge.

Isabel del Pino-Allen, in proper person.

Cole, Scott & Kissane, P.A., and Scott A. Cole, for appellee.

Before LOGUE, C.J., and LINDSEY and GORDO, JJ.

PER CURIAM.

Affirmed. Gursky Ragan, P.A. v. Ass'n of Poinciana Vills., Inc., 314 So. 3d 594 (Fla. 3d DCA 2020); Dadic v. Schneider, 722 So. 2d 921, 923 (Fla.

4th DCA 1998) ("[Counsel] made the statements during the course of judicial proceedings to inform the court of the reasons for the motion. Thus, his statements were absolutely privileged [from a defamation claim].").